## St. Louis Envelope Company, Appellee, v. Centralia Mutual Benefit Association, Appellant.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. Orville L. Wollard, for appellant; Robertson & Conley and W. E. Knowles, for appellee. Opinion by JUSTICE STONE. Not to be published in full.

## John J. Treager, Jr., Executor of Estate of Mathilda J. Spoeneman Treager, Deceased, Appellant, v. Eugene Totsch and Hugo Heisler, Appellees.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. John R. Sprague, for appellant; Farmer, Klingel & Baltz, for appellees. Opinion by JUSTICE STONE. Not to be published in full.